AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| RUTH BERRY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-00099-JRS-DML |
| EQUIFAX INFORMATION SERVICES, LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wells Fargo Auto, a division of Wells Fargo Bank, N.A.                                                                              .

Date:   01/30/2019

s/ Mark D. Kundmueller
*Attorney's signature*

Mark D. Kundmueller   #28427-71
*Printed name and bar number*
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462

*Address*

mark.kundmueller@troutman.com
*E-mail address*

(757) 687-7586
*Telephone number*

(757) 687-7510
*FAX number*