UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RUTH BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00099-JRS-DML |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) |
| | ) |
| Defendants. | ) |

## Order Resetting Telephonic Initial Pretrial Conference

The court, on its own motion, VACATES the telephonic initial pretrial conference set for March 31, 2020, and RESETS it for **April 7, 2020, at 11:00 a.m. (Eastern).** All other provisions of the court's Order Setting Initial Pretrial Conference (Dkt. 9) remain in full force and effect.

So ORDERED.

Date: 3/18/2020

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system